```
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____
UNITED STATES OF AMERICA
                              Plaintiff,         04-cv-6498
       -vs-

Alexander Scott, Debbie M. Scott, et al.

                              Defendants.
_____
```

### ORDER FOR AMENDMENT OF THE CAPTION TO IDENTIFY THE DEFENDANT MARY ROE AND TO DISMISS DEFENDANTS, JOHN DOE AND XYZ CORPORATION

This matter having come on for hearing on October 5, 2005, upon the United States' Motion for Judgment of Foreclosure and Sale and for Amendment of the caption to identify and substitute Latoya Scott as the Mary Roe defendant, the Court having duly considered the pleadings and proceedings in this matter, and it appearing that Latoya Scott is a tenant or occupant at the property at issue and should be substituted in place of the Mary Roe Defendant; and that "John Doe and XYZ Corporation" shall be dismissed from the case and eliminated from the caption.

Now pursuant to Rule 15 of the Rules of Civil Procedure it is hereby ordered that the caption be amended to substitute Latoya Scott for defendant, Mary Roe and by dropping the

Defendants, John Doe and XYZ Corporation from the caption of this action.

**SO ORDERED**

**Dated:   Rochester, New York, October 5, 2005**

    **<u>S/ MICHAEL A. TELESCA</u>**
    **Honorable Michael A. Telesca**
    **United States District Judge**